Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

In Re:
Debtor

Case No.:
Chapter

US Bankruptcy Court Of District Of New Jersey
Plaintiff

v.

William H. Oliver Jr.
Defendant

Adv. Proc. No. 19–00111–CMG            Judge: Christine M. Gravelle

**NOTICE OF JUDGMENT OR ORDER**
**Pursuant to Fed. R. Bankr. P. 9022**

     Please be advised that on January 16, 2020, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 15
Order for Sanctions for Debtor's Attorney Misconduct Under Rule 9011 Against William Oliver, Attorney. Damages Awarded in the Amount of $14,981. Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 1/16/2020. (dmi)

     Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: January 16, 2020
JAN: dmi

                                                                                             Jeanne Naughton
                                                                                  Clerk

```
                          United States Bankruptcy Court
                              District of New Jersey
US Bankruptcy Court Of District Of New J,
        Plaintiff                                     Adv. Proc. No. 19-00111-CMG

Oliver, Jr.,
        Defendant
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-3        User: admin              Page 1 of 1          Date Rcvd: Jan 16, 2020
                            Form ID: orderntc        Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 18, 2020.
tr             +Albert Russo, Trustee,    CN 4853,    Trenton, NJ 08650-4853
dft            +William H. Oliver, Jr.,    2240 State Highway 33,    Suite 112,    PO Box 667,
                 Neptune, NJ 07754-0667

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 18, 2020                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 16, 2020 at the address(es) listed below:
              Albert   Russo    on behalf of Trustee Albert  Russo, Trustee docs@russotrustee.com
              Michael A. Artis    on behalf of U.S. Trustee    U.S. Trustee michael.a.artis@usdoj.gov
              Raymond T. Lyons    on behalf of Defendant William H. Oliver, Jr. rlyons@foxrothschild.com,
               sdaroci@foxrothschild.com
                                                                                             TOTAL: 3
```