UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1**

William H. Oliver, Jr., Esq.
OLIVER & LEGG, LLC
2240 Highway 33, Suite 112
Neptune, New Jersey 07753
732-988-1500
courtdocs@oliverandlegg.com

---

U.S. BANKRUPTCY COURT FOR THE
DISTRICT OF NEW JERSEY

Plaintiff

v.

WILLIAM H. OLIVER, JR.,

Defendant

Miscellaneous Proceeding Case No: 19-00111 CMG

Hearing Date: August 18, 2021 at 9:00 a.m.

Judge: CMG

### CERTIFICATION OF WILLIAM H. OLIVER, JR., ESQ.
### IN RESPONSE TO THE TRUSTEE'S MOTION FOR FURTHER SANCTIONS

I, **WILLIAM H. OLIVER, JR., ESQ.,** certify as follows:

1. On July 20, 2021, the Trustee filed a Motion Requesting Further Sanctions Against William H. Oliver, Jr.

2. The Motion alleges violations of the Honorable Judge Christine M. Gravelle's Revised Order Imposing Further Sanctions issued on March 11, 2021.

3. The Trustee's Certification in Support of Motion alleges two grounds for the imposition of further sanctions: (1) failing to make all payments, and (2) failing to provide the Trustee and Monitor with certain documentation.

4. In terms of payment, the March 11th Order imposed a $50,000 sanction with an initial payment of $10,000 followed by 8 monthly payments of $5,000 beginning in April. As of the filing of this Certification, I have paid a total of $35,000, which consists of the initial $10,000 payment together with $5,000 payments in April, May, June, July, and August. I have every intention of continuing to pay three (3) additional payments in September, October, and November.

5. In terms of the allegation regarding the failure to provide documentation, the Trustee claims that as of the date of the Trustee's Motion, no information has been provided on the cases referenced in paragraph #4 of the Court's March 11 Order.

6. Preliminarily, I note that myself and my Office have been working vigorously and diligently to compile this information. However, I also note that the Court's March 11 Order did not provide any deadline in which the documentation was required to be provided. Rather, the Order only indicates a case-reporting period of January 1, 2020, through June 30, 2022.

7. Notwithstanding the lack of any definitive deadline for reporting, to date I have supplied the Trustee, by and through Bederson and Company, with all documents requested in 42 different cases.

8. My office and I continue to pour through voluminous case records in our efforts to comply with the terms of the Court's Orders and will continue to do so in a diligent and professional manner.

I hereby certify under penalty of perjury that the above is true and accurate.

Respectfully Submitted,

Dated: August 10, 2021

/s/ *William H. Oliver, Jr.*
WILLIAM H. OLIVER, JR.