Form order − ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

In Re:
Debtor

Case No.:
Chapter

US Bankruptcy Court Of District Of New Jersey
Plaintiff

v.

William H. Oliver Jr.
Defendant

Adv. Proc. No. 19−00111−CMG          Judge: Christine M. Gravelle

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

Please be advised that on November 5, 2021, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 33 − 27
ORDER DENYING, WITHOUT PREJUDICE, REQUEST FOR FURTHER SANCTIONS AGAINST WILLIAM H. OLIVER, JR. AND GRANTING OTHER RELIEF (Related Doc # 27). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 11/5/2021. (dmi)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: November 5, 2021
JAN: dmi

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

US Bankruptcy Court Of District Of New J,
    Plaintiff

Oliver, Jr.,
    Defendant

Adv. Proc. No. 19-00111-CMG

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 2
Date Rcvd: Nov 05, 2021      Form ID: orderntc      Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 07, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| tr | + | Albert Russo, Trustee, CN 4853, Trenton, NJ 08650-4853 |
| dft | + | William H. Oliver, Jr., 2240 State Highway 33, Suite 112, PO Box 667, Neptune, NJ 07754-0667 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| pla | | US Bankruptcy Court Of District Of New Jersey |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 07, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 5, 2021 at the address(es) listed below:

**Name**      **Email Address**

Albert Russo
    on behalf of Trustee Albert Russo  Trustee docs@russotrustee.com

Michael A. Artis
    on behalf of U.S. Trustee U.S. Trustee michael.a.artis@usdoj.gov

Raymond T. Lyons
    on behalf of Defendant William H. Oliver  Jr. rlyons@foxrothschild.com, sdaroci@foxrothschild.com

Robert Cameron Legg

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 2 of 2 |
| Date Rcvd: Nov 05, 2021 | Form ID: orderntc | Total Noticed: 2 |

        on behalf of Defendant William H. Oliver Jr. clegg@oliverandlegg.com

Travis Graga

        on behalf of Defendant William H. Oliver Jr. tgraga@kbtlaw.com, akelly@kbtlaw.com;wsheridan@kbtlaw.com;saudino@kbtlaw.com;pschenke@kbtlaw.com

William H. Oliver, Jr.

        on behalf of Defendant William H. Oliver Jr. courtdocs@oliverandlegg.com, R59915@notify.bestcase.com

TOTAL: 6