

**VIA EMAIL**

December 6, 2021

Albert Russo, Esq.
3 AAA Drive, Suite 203
Robbinsville, NJ 08691

    Re:    William H. Oliver, Jr.

Dear Mr. Russo:

In connection with performing services in the above mentioned matter we recently received an additional 42 case files. We have not completed our review of the files.

However, as we previously noted we originally requested 6 categories of documents. At this point we believe that for the following 2 of the 6 categories no documents were produced:

1. Copies of checks or proof or form of payments of fees;

2. Copies of Oliver's attorney bank statements and reconciliation reports.

As I was about to send this my colleague informed me that additional files were being forwarded to us by our IT Dept. Should you have any questions, please do not hesitate to call either or Aaron Todoroff or me.

    Very truly yours,

    BEDERSON LLP

    Timothy J. King, CPA/CFE, CFF
    Partner

TJK:mmp
CC:    Andrew Kelly, Esq. (via email)
        Aaron Todoroff (via email)

Accounting, Auditing & Tax – 100 Passaic Avenue, Fairfield, New Jersey 07004
Insolvency & Litigation Services – 347 Mt. Pleasant Avenue, Suite 200, West Orange, New Jersey 07052
973.736.3333 · www.bederson.com