Form 137 − aplccmpn

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

In Re:
Debtor

                Case No.:
                Chapter

US Bankruptcy Court Of District Of New Jersey
Plaintiff

v.

William H. Oliver Jr.
Defendant

Adv. Proc. No. 19−00111−CMG              Judge: Christine M. Gravelle

**NOTICE OF HEARING ON APPLICATION FOR COMPENSATION**

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Christine M. Gravelle on:

Date:      9/6/22
Time:     02:00 PM
Location:   Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
BEDERSON LLP, Accountant

COMMISSION OR FEES
fee: $14,784.50

EXPENSES
$70.50

If this is a chapter 13 case, the fees and expenses awarded:

    ☐    will not reduce the amount to be paid to general unsecured
           creditors under the plan.

    ☐    will reduce the amount to be paid to general unsecured
           creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: July 27, 2022
JAN:

                                        Jeanne Naughton
                                        Clerk

United States Bankruptcy Court

District of New Jersey

US Bankruptcy Court Of District Of New J,

    Plaintiff

Oliver, Jr.,

    Defendant

Adv. Proc. No. 19-00111-CMG

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 27, 2022 | Form ID: 137 | Total Noticed: 4 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 29, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| tr | + | Albert Russo, Trustee, CN 4853, Trenton, NJ 08650-4853 |
| dft | + | William H. Oliver, Jr., 2240 State Highway 33, Suite 112, Neptune, NJ 07753-6121 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 27 2022 20:40:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 27 2022 20:40:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| pla | | US Bankruptcy Court Of District Of New Jersey |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 29, 2022        Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 26, 2022 at the address(es) listed below:

**Name**        **Email Address**

| District/off: 0312-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jul 27, 2022 | Form ID: 137 | Total Noticed: 4 |

Albert Russo
    on behalf of Trustee Albert Russo Trustee docs@russotrustee.com

Michael A. Artis
    on behalf of U.S. Trustee U.S. Trustee michael.a.artis@usdoj.gov

Raymond T. Lyons
    on behalf of Defendant William H. Oliver Jr. rlyons@foxrothschild.com

Robert Cameron Legg
    on behalf of Defendant William H. Oliver Jr. courtdocs@oliverandlegg.com

Travis Graga
    on behalf of Defendant William H. Oliver Jr. tgraga@kbtlaw.com, akelly@kbtlaw.com;wsheridan@kbtlaw.com

William H. Oliver, Jr.
    on behalf of Defendant William H. Oliver Jr. courtdocs@oliverandlegg.com, R59915@notify.bestcase.com

TOTAL: 6