| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>BEDERSON, LLP<br>347 MT PLEASANT AVENUE – SUITE 200<br>WEST ORANGE, NJ 07052<br><br>In Re:<br><br>WILLIAM H. OLIVER, JR.<br>　　　　　　　DEBTOR | Order Filed on September 6, 2022<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey<br><br>Case No.: 19-00111 (CMG)<br><br>Hearing Date:<br><br>Judge:　Christine M. Gravelle<br><br>Chapter　13 |

**ORDER GRANTING ALLOWANCES**

The relief set forth on the following page is hereby **ORDERED.**

**DATED: September 6, 2022**

*Christine M. Gravelle*
Honorable Christine M. Gravelle
United States Bankruptcy Judge

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
|---|---|---|
| **BEDERSON LLP** ACCOUNTANTS | $14,784.50 | $70.50 |